AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

FILED BY ___MP___ D.C.
Sep 16, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

| United States of America | ) | 24-3965-MJ-VALLE |
|---|---|---|
| v. | ) | Case No. |
| Chelsey Harris, a/k/a/ "Ms. Chinn" | ) | |
| | ) | 24 CRIM 541 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Chelsey Harris, a/k/a/ "Ms. Chinn"                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

 18 USC 1958 (murder for hire conspiracy resulting in death and personal injury)

Date: SEP 12 2024

_____
Issuing officer's signature
**Daniel Ortiz**
*Printed name and title*

City and state: _____

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHELSEY HARRIS,
a/k/a "Ms. Chinn,"

Defendant.

24-3965-MJ-VALLE

SEALED INDICTMENT

24 Cr.

24 CRIM 541

### COUNT ONE
**(Murder-for-Hire Conspiracy Resulting in Personal Injury and Death)**

The Grand Jury charges:

1.   In or about December 2023, in the Southern District of New York and elsewhere, CHELSEY HARRIS, a/k/a "Ms. Chinn," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to travel in and cause another person to travel in interstate and foreign commerce, and to use and cause another person to use the mail and a facility of interstate and foreign commerce, with intent that a murder be committed in violation of the laws of a State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, a thing of pecuniary value, which resulted in personal injury to one person and the death of another person, to wit, HARRIS and others conspired to lure an individual ("Victim-1") to locations in New York City where Victim-1 could be shot; and on or about December 24 and December 26, 2023, HARRIS—in exchange for a cash payment from co-conspirators—lured Victim-1 to a nightclub in Queens, New York, where gunmen shot and injured Victim-1 and killed Clarisa Burgos, who was with Victim-1.

(Title 18, United States Code, Section 1958.)

## SPECIAL FINDINGS REGARDING THE MURDER OF CLARISA BURGOS

2. Count One of this Indictment is realleged and incorporated by reference as though fully set forth herein. As to Count One, alleging the murder of Clarisa Burgos, the defendant CHELSEY HARRIS, a/k/a "Ms. Chinn":

    a. HARRIS was eighteen years of age or older at the time of the offense;

    b. HARRIS intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (Title 18, United States Code, Section 3591(a)(2)(C));

    c. HARRIS in the commission of the offense, and in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense (Title 18, United States Code, Section 3592(c)(5));

    d. HARRIS committed the offense as consideration for the receipt, and in the expectation of the receipt, of a thing of pecuniary value (Title 18, United States Code, Section 3592(c)(8)); and

    e. HARRIS committed the offense after substantial planning and premeditation to cause the death of a person (Title 18, United States Code, Section 3592(c)(9)).

## FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Indictment, CHELSEY HARRIS, a/k/a "Ms. Chinn," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds

traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### **Substitute Assets Provision**

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    f. cannot be located upon the exercise of due diligence;

    g. has been transferred or sold to, or deposited with, a third person;

    h. has been placed beyond the jurisdiction of the Court;

    i. has been substantially diminished in value; or

    j. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 24-MJ-3965-VALLE(SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Chelsey Harris,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 9/16/2024

*Alicia O. Valle*
**Alicia O. Valle**
**UNITED STATES MAGISTRATE JUDGE**

# MINUTE ORDER

Page 3

## Magistrate Judge Alicia O. Valle

Atkins Building Courthouse - 9th Floor          Date: 9/16/2024     Time: 1:30 p.m.

Defendant: Chelsey Harris        J#: 13891-506     Case #: 24-MJ-3965-VALLE(SEALED)
AUSA: Nicholas Carre              Attorney: AFPD  J. P. Gilbert
Violation: SD NY/WARR/INDICTMENT/Murder for Hire conspiracy resulting in death or injury
Surr/Arrest Date: 9/13/24     YOB: 2001
Proceeding: Initial Appearance       CJA Appt:
Bond/PTD Held: ☒ Yes  ☐ No    Recommended Bond:
Bond Set at:                              Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
     Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English/~~Spanish~~

Disposition:
- Deft sworn
- Deft advised of rights & charges
- Case unsealed
- Deft's oral motion for appointment of counsel GRANTED
- AFPD appt.
- Temp PTD
- Deft waived removal hrg & PTD hrg
- Warrant of removal issued
- The also Speedy Trial Clock is suspended until I/A in N.Y.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:07:41 || 14:49:34 || 15:49:24       Time in Court: 25 minutes

s/Alicia O. Valle                               Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 24-MJ-3965-Valle

United States of America
    Plaintiff,
v.

Chelsey Harris
    Defendant.
_____/

Charging District's Case No. 24 Cr 541

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the           .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:

_____
Defendant's Signature

_____
ALICIA O. VALLE
United States Magistrate Judge

# United States District Court
# Southern District of Florida
Case No. 24-MJ-3965-VALLE

UNITED STATES OF AMERICA,

v.

Charging District's Case No. Southern District of New York

Chelsey Harris,
(USM# 13891-506)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the 24-CR-541.

_____AFPD_____ was appointed to represent **Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 9/16/2024.

_Alicia O. Valle_
Alicia O. Valle
United States Magistrate Judge